1 | McGREGOR W. SCOTT
United States Attorney
2 | DAVID W. SPENCER
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Oct 07, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>12633 Fair Oaks Boulevard Apt 149, Citrus Heights, California | CASE NO. 2:20-sw-0914 DB<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |
|---|---|

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 10/7/2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1